## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LANNY BAINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-243-HE |
| ) | |
| CENTRAL UNITED LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Lanny Bainter, hereby stipulates with Defendant, Central United Life Insurance Company, that this action shall be dismissed without prejudice. Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| *s/ Chris Hammons* | *s/ M. Richard Mullins* |
| *(Signed by filing attorney with permission of Chris Hammons)* | M. Richard Mullins, OBA #13329 |
| | Amy D. White, OBA #19255 |
| Greg Laird, OBA #18093 | McAFEE & TAFT |
| Chris Hammons, OBA #20233 | A Professional Corporation |
| LAIRD, HAMMONS, LAIRD, PLLC | Tenth Floor, Two Leadership Square |
| 418 W. 4th Street | 211 North Robinson Avenue |
| Claremore, Oklahoma 74017 | Oklahoma City, Oklahoma 73102-7103 |
| Telephone: (405) 703-4567 | Telephone: (405) 235-9621 |
| Facsimile: (405) 703-4061 | Facsimile: (405) 235-0439 |
| greg@lhllaw.com | rick.mullins@mcafeetaft.com |
| chris@lhllaw.com | amy.white@mcafeetaft.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |